UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 14-3-DLB-CJS

UNITED STATES OF AMERICA            PLAINTIFF

v.          **ORDER**

EDGAR PAOLOMARES, F/K/A
JORGE GARZA                 DEFENDANT

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the sealed Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, in which she recommends that Defendant's term of supervision be revoked and that he be sentenced to a term of imprisonment of 18 months, with no supervised release to follow. *See* (Doc. # 47 at 16). The Defendant having waived his right to object to the R&R and to allocute prior to final sentencing, *see* (Doc. # 48), and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation (Doc. # 47) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **violated** the terms of his supervised release;

(3) Defendant is **sentenced** to the custody of the Attorney General for a period of **eighteen (18) months,** with no supervised release to follow; and

(4) Defendant's sentence is to be served **consecutive** to any other sentence, with the exception of Defendant receiving credit against both his 48-month sentence

1

imposed by the Southern District of Ohio and his final revocation sentence imposed by this Court for the time served in local federal custody from January 11, 2019 until he is designated by the Bureau of Prisons and transferred to the designated facility.

A Judgment shall be entered concurrently herewith.

This 12th day of April, 2019.

Signed By:
*David L. Bunning* DB
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2014\14-3 Order Adopting R&R re Supervised Release.docx